IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID VELASQUEZ,

    Petitioner,                   No. CIV S-06-2618 MCE EFB P

    vs.

ROBERT A. HOREL, Acting Warden, et al.,

    Respondents.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 26, 2006, petitioner requested an extension of time to pay the $5.00 filing fee or file an application to proceed in forma pauperis pursuant to the court's order filed November 22, 2006. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's December 26, 2006, motion is granted and petitioner has 30 days from the date this order is served to pay the $5.00 filing fee or file an application to proceed in forma pauperis.

Dated: January 8, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE